IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

IN RE:  NATHAN CHARLES FULLER                         CASE NO. 3:24-bk-13553
        DEBTOR                                                                      CHAPTER  7

**DEERE & COMPANY**                                                                           **PLAINTIFF**

v.

**NATHAN CHARLES FULLER**                                                             **DEFENDANT**

ADV. PROC. NO.  3:25-ap-01043

## ANSWER TO COMPLAINT OBJECTING TO DISCHARGE

Comes now the Debtor/ Defendant, Nathan Charles Fuller, by and through his attorney, Mike DeLoache and for his Answer to Complaint Objecting to Discharge and to Determine Dischargeability of Debt, states as follows:

1. The defendant admits those material allegations contained within paragraph numbers one, two, three, four, five, six, seven, eight and nine of the plaintiff's complaint.

2. The defendant denies those material allegations contained within paragraph numbers ten, eleven, twelve, thirteen, fourteen, and fifteen of the plaintiff's complaint and more specifically denies having ever defrauded any investors, partners or lenders in his business dealings with himself or his companies.

3. The defendant denies each and every material allegation within the plaintiff's complaint not specifically mentioned herein.

4. The defendant reserves the right to amend his answer and to file counterclaim and crossclaims herein.

WHEREFORE, defendant prays that plaintiff's complaint be dismissed and that it take nothing thereon, and for all other relief to which he may show himself entitled.

                **RESPECTFULLY SUBMITTED,**

/s/Mike DeLoache
**G. MIKE DELOACHE, BAR #90210.**
**512 W. WASHINGTON AVE.**
**JONESBORO, AR 72401**
**870-932-4433**
**FAX:  870-277-4383**

### CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that I have served a copy of the foregoing pleading upon the creditor Deere & Company, by and through its attorney, Randy Grice, Hilburn & Harper LTD, and Trustee, Lance Owens, by mailing a copy thereof on this 17th day of September 2025.

Lance Owens
Chapter 7 Trustee
PO Box 121
Jonesboro, AR 72401

Randy Grice
Hilburn & Harper, LTD
Attorneys for Deere & Company
 PO Box 5551
N. Little Rock, AR 72119

                /s/Mike DeLoache
                **G. MIKE DELOACHE**